**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LISA BALL AND RONALD BALL | : | No. 378 MAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| HOLY REDEEMER HEALTH SYSTEM, | : | |
| GEMMA ROZMUS, M.D., AND GILBERT | : | |
| TAUSCH, M.D. | : | |
| | : | |
| | : | |
| PETITION OF: LISA BALL | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2017, the Petition for Allowance of Appeal

is **DENIED**.